# COMPOSITE EXHIBIT A
16-004548-CO

14-00908

Leavengood, Dauval & Boyle, P.A.  Tel: 727.327.3328
3900 First Street North, Suite 100  Fax: 727.327.3305
St. Petersburg, FL 33703  www.LeavenLaw.com



# Fax

LEAVENGOOD, DAUVAL, BOYLE & MEYER, P.A.
ATTORNEYS AT LAW

| To: Collections Representative | Office: T-Mobile |
|---|---|
| Sent Via Certified Mail To:<br>PO Box 37380<br>Albuquerque, NM. 87176-7380<br>US Cert Mail #: 70123050000203751372 | In Re: Elizabeth Martin<br>SSN: [redacted]<br>Account Number: [redacted] |
| From: Johnny Petty, Legal Assistant to<br>    Ian R. Leavengood | Date: October 27, 2014 |
| Number of Pages (including cover sheet): 1 | To confirm receipt/missing pages, please call:<br>    727.327.3328 |

Collections Representative,

Please be aware that this law firm (see above for contact information) represents Elizabeth Martin with regard to her debts generally (i.e. for the purpose of settling ALL of her debts for filing a bankruptcy), including the above listed account and any other accounts of debts which you or your agency is attempting to collect from our client(s). Any further communication with our client(s) will be in violation of Fla. Sta. § 559.72(18), which provides in part that:

> "[I]n collecting consumer debts, no person shall communicate with the debtor if that person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of...such attorney's name and address."

Furthermore, 47 U.S.C. § 227 prohibits making any call using any automatic telephone dialing system ("ATDS") or an artificial or pre-recorded voice to any telephone number assigned to a cellular telephone service without prior express consent. To the extent any such prior express consent existed, if any, to call the above person using an ATDS, such consent is hereby forever revoked consistent with the Florida and federal law.

For further verification of representation or to discuss the debt which you intend to collect, please feel free to contact us directly.

Sincerely,

Johnny Petty, Legal Assistant
to Ian R. Leavengood, Esq.
Leavengood, Dauval & Boyle, P.A.

Confidentiality Notice: This page and any accompanying documents contain confidential information intended for a specific individual and purpose. This telecopied information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information is strictly prohibited.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 6.48 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.48 |

Postmark Here

mrchn-14-03108

Sent To: T-Mobile
Street, Apt. No.; or PO Box No.: PO Box 37380
City, State, ZIP+4: Albuquerque, NM 87176-7380

PS Form 3800, August 2006    See Reverse for Instructions

7012 3050 0002 0375 1389

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

T-Mobile
PO Box 37380
Albuquerque, NM 87176

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
[name]                             10-30

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7012 3050 0002 0375 1372

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

14-00908

Leavengood, Dauval & Boyle, P.A.  
3900 First Street North, Suite 100  
St. Petersburg, FL 33703

Tel: 727.327.3328  
Fax: 727.327.3305  
www.LeavenLaw.com

# Fax



LEAVENGOOD, DAUVAL, BOYLE & MEYER, P.A.  
ATTORNEYS AT LAW

| To: Collections Representative | Office: Convergent Outsourcing, Inc. |
|---|---|
| | Original Creditor: T-Mobile |
| Fax No: 713-973-9363 | In Re: Elizabeth Martin |
| Original Creditor: Sent Via Certified Mail to: | SSN: ▓▓▓▓ |
| PO Box 37380 | Original Account Number: ▓▓▓▓ |
| Albuquerque, NM. 87176-7380 | US Cert Mail #: 7012-3050-0002-0375-1389 |
| From: Johnny Petty, Legal Assistant to Ian R. Leavengood | Date: October 27, 2014 |
| Number of Pages (including cover sheet): 1 | To confirm receipt/missing pages, please call: 727.327.3328 |

Collections Representative,

Please be aware that this law firm (see above for contact information) represents Elizabeth Martin with regard to her debts generally (i.e. for the purpose of settling ALL of her debts for filing a bankruptcy), including the above listed account and any other accounts of debts which you or your agency is attempting to collect from our client(s). Any further communication with our client(s) will be in violation of 15 USC 1692c, which provides in part that:

(a) **Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt --**

(b) **If the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer; or**

Also, any further direct communication with our client(s) will be in violation of Fla. Sta. § 559.72(18) which provides in part that:

"[I]n collecting consumer debts, no person shall communicate with the debtor if that person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of...such attorney's name and address."

Finally, 47 U.S.C. § 227 prohibits making any call using any automatic telephone dialing system ("ATDS") or an artificial or pre-recorded voice to any telephone number assigned to a cellular telephone service without prior express consent. To the extent any such prior express consent existed, if any, to call the above person using an ATDS, such consent is hereby forever revoked consistent with the Florida and federal law.

For further verification of representation or to discuss the debt which you intend to collect, please feel free to contact us directly.

Sincerely,  
Johnny Petty, Legal Assistant  
to Ian R. Leavengood, Esq.  
Leavengood, Dauval & Boyle, P.A.

Confidentiality Notice: This page and any accompanying documents contain confidential information intended for a specific individual and purpose. This telecopied information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information is strictly prohibited.

P. 1

x x x Communication Result Report ( Oct. 27. 2014  1:03PM ) x x x

Date/Time: Oct. 27. 2014  1:02PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 4594 | Memory TX | 17139739363 | P. 1 | OK | |

---

Reason for error
 E. 1) Hang up or line fail        E. 2) Busy
 E. 3) No answer                   E. 4) No facsimile connection
 E. 5) Exceeded max. E-mail size

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage: $ 6.48
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $ 6.48

Postmark Here

mrbn-14-00908

Sent To: T-Mobile
Street, Apt. No.; or PO Box No.: PO Box 37380
City, State, ZIP+4: Albuquerque, NM, 87176-7380

Article Number: 7012 3050 0002 0375 1372

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

T-Mobile
PO Box 37380
Albuquerque, NM. 87176

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): D Charo
C. Date of Delivery: 10.31

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7012 3050 0002 0375 1389

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540